981 A.2d 1282

**Johnny JAMES, Petitioner**

**v.**

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 114 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 16, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 16th day of September, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**